# United States District Court
## Violation Notice

CVB Location Code: **NJ 61**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1920218 | SCHLICHTING | 288 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5/26/2010  1700 | 36 CFR 2.35(a)(3)(i) |

**Place of Offense:** LOT J  SANDY HOOK

**Offense Description:** USE OF ALCOHOL IN A CLOSED AREA - LOT J

### DEFENDANT INFORMATION
Phone: (908) 723 3801

| Last Name | First Name | MI |
|---|---|---|
| LEONE | ANDREW | J |

**Street Address:** 305 ELM ST
**City:** WESTFIELD  **State:** NJ  **Zip:** 0
**DL State:** NJ

Hair: BRN  Eyes: BRN  Height: 6'2"  Weight: 200

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| ZDF 80L | NJ | 02 | DOD PICKUP | GRY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ 50  Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 75  Total Collateral Due

### YOUR COURT DATE
**Date:** 7/14/2010  **Time:** 9 AM

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 26, 2010 while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey

within the boundaries of Gateway National Recreation Area, Sandy Hook Unit, I contacted four individuals in Lot J at a grey Dodge pick-up truck with NJ registration ZDF80L. I saw two cans of Coors beer located on the roof of the pickup truck between two males who were seated on the roof. I also saw two cans located on the tailgate of the truck where two other males were seated. The cans of beer were open and cold. The four stated they had been fishing and were just sitting there having a beer before heading home.

Open containers of alcohol are not allowed in the parking lots at Sandy Hook.

One of the individuals was identified as Andrew J. Leone of Westfield, NJ by his NJ driver license. Leone admitted to drinking beer in the parking lot.

I cited Leone for violation of 36 CFR 2.35(a)(3)(i) - Use of alcohol in a closed area.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) A. HUBERT

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 5/26/10

Probable cause has been stated for the issuance of a warrant

Executed on _____  US Magistrate Judge

CVB Scan 6/21/2010 13:42:12

# United States District Court
## Violation Notice

CVB Location Code: **NJ61**
1920215
2010-2606

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1920215 | SCHLICHTWG | 298 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 5/26/2010 1700 | 36 CFR 2.35(a)(2)(ii) |

Place of Offense: LOT J SANDY HOOK

Offense Description: UNDERAGE POSSESSION OF ALCOHOL

**DEFENDANT INFORMATION** Phone (908) 723-3801

| Last Name | First Name | MI |
|---|---|---|
| LEONE | ANDREW | J |

Street Address: 305 ELM STREET

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| WESTFIELD | NJ | 07--- | |

DL State: NJ

Hair: BRN  Eyes: BRN  Height: 6'2"  Weight: 200

**VEHICLE DESCRIPTION**

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| ZDF80L | NJ | 02 | DOD PUP | GRY |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

MA CI# 2010-2606

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Date: 7/14/10  Time: 9 AM

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 26, 2010 while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey

within the boundaries of Gateway National Recreation Area, Sandy Hook Unit, I contacted four individuals in Lot J at a grey Dodge pick-up truck with NJ registration ZDF80L. I saw two cans of Coors beer located on the roof of the pickup truck between two males who were seated on the roof. I also saw two cans located on the tailgate of the truck where two other males were seated. The cans of beer were open and cold. The four stated they had been fishing and were just sitting there having a beer before heading home.

One of the individuals was identified as Andrew J Leone of Westfield, NJ. Leone stated his birth date was 3/18/1992, indicating he was 18 years old, under the legal drinking age of 21. Leone admitted to drinking beer in the parking lot.

I arrested Leone for violation of 36 CFR 2.35(a)(2)(ii) – Underage possession of alcohol.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) A HUBERT

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 5/26/2010 [Officer's Signature]

Probable cause has been stated for the issuance of a warrant

Executed on _____ U.S. Magistrate Judge

CVB Scan 6/21/2010 13:42:12