UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Case No. 10- 9135 |
| ANDREW J. LEONE | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Complaint Nos. 1920215 and 1920218 against defendant ANDREW J. LEONE, which were filed on July 14, 2010, charging him with:

(1) Knowingly and intentionally possessing alcohol while underage and (2) Use of Alcohol in a closed area in violation of the Title 36 of the Code of Federal Regulations, for the reason that prosecution of defendant ANDREW J. LEONE is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant ANDREW J. LEONE of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. ANTHONY R. MAUTONE
　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: October 13 , 2010.